**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Loretta Springs, Appellant,

v.

Clemson University and State Accident Fund, Respondents.

Appellate Case No. 2012-205569

————————

Appeal From The Workers' Compensation Commission

————————

Unpublished Opinion No. 2013-UP-070
Heard February 4, 2013 – Filed February 13, 2013

————————

**AFFIRMED**

————————

Paul Carlton Rathke, of The Joel Bieber Firm, of Greenville, for Appellant.

Reginald M. Gay, of McNair Law Firm, PA, of Anderson, for Respondents.

————————

**PER CURIAM:** Loretta Springs appeals the South Carolina Workers' Compensation Commission Appellate Panel's order, arguing the Appellate Panel erred in finding (1) Springs's mental injury was not compensable and (2) Springs was not totally and permanently disabled as a result of her work-related injury. We

affirm pursuant to Rule 220(b), SCACR, and the following authority: *Bartley v. Allendale Cnty. Sch. Dist.*, 392 S.C. 300, 306, 709 S.E.2d 619, 622 (2011) ("[T]his Court must affirm the findings of fact made by the [Appellate Panel] if they are supported by substantial evidence. . . . Substantial evidence is that evidence which, in considering the record as a whole, would allow reasonable minds to reach the conclusion the [Appellate Panel] reached." (citations and quotation marks omitted)).

**AFFIRMED.**

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**